## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>SARPY COUNTY, NEBRASKA,<br><br>              Defendant. | 8:13CV298<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation of Dismissal (Filing No. 33). The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. All claims by the United States against Sarpy County, Nebraska, and all claims by Sarpy County, Nebraska, against the United States should be dismissed with prejudice, and the above-captioned case should be administratively closed. The Court will not assess costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The Parties' Stipulation of Dismissal (Filing No. 33) is approved;

2. All claims by the United States against Sarpy County, Nebraska, and all claims by Sarpy County, Nebraska, against the United States are dismissed with prejudice;

3. The Clerk's Office is directed to close the above-captioned case; and

4. The Court will not assess costs and attorney's fees.

Dated this 31st day of December, 2014

                                              BY THE COURT:

                                              s/Laurie Smith Camp<br>
                                              Chief United States District Judge